Ruth A. Shapiro, 9356
Erika M. Larsen, 16494
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, UT  84111
Telephone: (801) 323-5000
ruth.shapiro@chrisjen.com
erika.larsen@chrisjen.com
*Attorneys for ShopKo Stores Operating Co., LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRENDA BRONSON,<br><br>        Plaintiff,<br><br>   v.<br><br>SHOPKO STORES OPERATING CO., LLC<br><br>        Defendant. | **SUGGESTION OF BANKRUPTCY FOR SPECIALTY RETAIL SHOPS HOLDING CORP. AND CERTAIN OF ITS SUBSIDIARIES AND NOTICE OF AUNOMATIC STAY OF PROCEEDINGS**<br><br>Civil No.: 2:18-cv-00123-CW<br><br>Judge Clark Waddoups |

**PLEASE TAKE NOTICE** that, on January 16, 2019, Specialty Retail Shops Holding Corp. and certain of its direct and indirect subsidiaries (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101—1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nebraska (the "Bankruptcy Court"). The Debtors' chapter 11 cases are pending before the Honorable Judge Thomas L. Saladino, and are being jointly administered under the lead case *In re Specialty Retail Shops Holding Corp.*, Case No. 19-80064 (TLS) (the "Chapter 11 Cases"). A copy of the voluntary petition of the lead Debtor, Specialty Retail Shops Holding Corp., is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Chapter 11 Cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases; (b) the enforcement, against any of the Debtors or against any property of each of the Debtors' bankruptcy estates, of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtors' bankruptcy estates, or to exercise control over property of any of the Debtors' bankruptcy estates.  No order has been entered in the Chapter 11 Cases granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Cases may be obtained free of charge by visiting the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/Shopko/.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.neb.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

DATED this 31st day of January, 2019.

                                        CHRISTENSEN & JENSEN, P.C.

                                        */s/ Erika M. Larsen*
                                        Ruth A. Shapiro
                                        Erika M. Larsen
                                        *Attorneys for Robert Cowan*
                                        *& SVS Trucking, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2019, I caused to be served a true and correct copy of **SUGGESTION OF BANKRUPTCY FOR SPECIALTY RETAIL SHOPS HOLDING CORP. AND CERTAIN OF ITS SUBSIDIARIES AND NOTICE OF AUNOMATIC STAY OF PROCEEDINGS** to the following:

| | |
|---|---|
| Brian K. Jackson | ( ) Via Facsimile |
| BRIAN K. JACKSON, LLC | ( ) Via Electronic Mail |
| 341 South Main Street, Suite 500 | ( ) Via Hand Delivery |
| Salt Lake City, UT 84111 | ( ) Via First Class Mail, Postage Prepaid |
| brianj@bjacksonlaw.com | ( ) Via Federal Express |
| *Attorney for Plaintiff* | (x) Via the Court's Electronic Filing System |

                                          *Erika M. Larsen*