IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| BRENDA BRONSON<br><br>Plaintiff,<br><br>vs.<br><br>SHOPKO STORES OPERATING CO.<br><br>Defendant. | **NOTICE AFFIRMING PRIOR ORDER OF REFERENCE**<br><br>Case No. 2:18-cv-00123-DAK-DAO |

The above-entitled matter has been reassigned to the undersigned judge. After review of the case file, orders of the prior judge are affirmed including the order of reference to Magistrate Judge Daphne A. Oberg.

DATED this  11th  day of October, 2023.

BY THE COURT:

_____
Dale A. Kimball
United States District Judge